IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JWW REALTY COMPANY, LLC, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-05-2628 |
| | § | |
| TEX STAR CAN, LLC, *et al.,* | § | |
|     Defendants. | § | |

## **MEMORANDUM AND ORDER**

Pending before the Court is Defendant Navasota Abstract & Title Company's ("Navasota Abstract") Motion to Dismiss for Lack of Subject Matter of Jurisdiction ("Motion to Dismiss") [Doc. # 5]. Navasota Abstract is the only defendant who has entered an appearance in this case.[1]

In the complaint, Plaintiff alleged the Court had "jurisdiction over the lawsuit under 28 U.S.C. § 1332(a)(1) because the Plaintiff and Defendants are citizens of different states and the amount in controversy exceeds $75,000, excluding interests and costs." Complaint, ¶ 3. Navasota Abstract contends the Court lacks subject matter because the amount in controversy here, exclusive of interest and costs, is less than $75,000. Motion to Dismiss, at 1. Navasota Abstract thus moves to dismiss this case without prejudice pursuant to Federal Rule of Civil Procedure 12(b)(1). *Id.*

---

[1]     Plaintiff has also sued defendants Tex Star Can, L.L.C. and Andy Gabor.

On November 21, 2005, Plaintiff advised the Court that "the amount in controversy is below the $75,000 requirement [of § 1332(a)(1)]."[2] Accordingly, Plaintiff further advised that it was not opposed to the Motion to Dismiss.[3] It is therefore

**ORDERED** that Navasota Abstract's Motion to Dismiss [Doc. # 5] is **GRANTED** and this case is **DISMISSED WITHOUT PREJUDICE**.

**SIGNED** at Houston, Texas, this **23rd** day of **November 2005.**

_____
Nancy F. Atlas
United States District Judge

---

[2] Letter dated November 21, 2005, from Plaintiff's counsel to Court.

[3] *Id.*